UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**KRISTAL SOUTHERN**                                                                            **PLAINTIFF**

v.                                       CIVIL ACTION NO. 3:23-CV-00136-CRS-RSE *(E-FILED)*

**KILOLO KIJAKAZI, ACTING COMMISSIONER**
**OF SOCIAL SECURITY**                                                       **DEFENDANT**

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby **ENTERS JUDGMENT** in favor of the Plaintiff, REVERSES the Commissioner's decision, and **REMANDS** this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

October 24, 2023

*Charles R. Simpson III, Senior Judge*
*United States District Court*

TENDERED BY:
Susana Ochoa
Special Assistant U. S. Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD  21235
susana.ochoa@ssa.gov